# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Megan Leonard

Case Number: 21-05832

An appearance is hereby filed by the undersigned as attorney for:

Nissan Motor Acceptance Corporation

Attorney name (type or print): Ross W. Bartolotta

Firm: Swanson, Martin & Bell, LLP

Street address: 2525 Cabot Drive, Suite 204

City/State/Zip: Lisle, IL 60532

Bar ID Number: IL 6224433
(See item 3 in instructions)

Telephone Number: 630-799-6960

Email Address: rbartolotta@smbtrials.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes ✓ No |
| Are you a member of the court's trial bar? | ☐ Yes ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 11, 2021

Attorney signature:   S/ Ross W. Bartolotta
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015