# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | |
|---|---|
| In Re: | Case No. 21-05832 |
| Megan L. Leonard | Chapter 13 |
| Debtor | Hon. Judge Carol A. Doyle |

### OBJECTION TO MOTION TO EXTEND THE AUTOMATIC STAY, doc. 16

**NOW COMES** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust, and/or its assigns (hereinafter "Creditor"), by and through its attorneys, Sottile & Barile LLC, and hereby Objects to the Debtor's Motion to Extend the Automatic Stay, doc. 16. Creditor objects to the Motion as follows:

1. On May 03, 2021, Megan L. Leonard (hereinafter, "Debtor") filed this Chapter 13 case, Case No. 21-05832.

2. On December 26, 2007, the Debtor herein did execute and deliver to the original lender a certain note in the amount of $176,000.00. A copy of the Note and allonge endorsed in blank is attached as "Exhibit A."

3. To secure payment of the Note referenced in paragraph four hereof, the Debtor executed and delivered to the original lender a certain mortgage dated December 26, 2007, thereby granting a security interest in the property located at 11154 SOUTH TROY ST, CHICAGO, IL 60655. A copy of the recorded mortgage and all recorded assignments is attached as "Exhibit B."

4. The mortgage referenced in paragraph three was perfected by filing the mortgage with the Cook County Recorder's Office Doc#: 0801111208.

5. Cause exists to deny the Debtor's Motion to Extend the Automatic Stay.

6. As of the date of the service of this pleading, the account is due for December 01, 2017 and the estimated default is $43,131.88, including missed payments, and other fees and expenses.

7. That within the preceding years, the following TWO CHAPTER 13 bankruptcy cases, which were filed by Debtor (individually, a "Prior Case"), were pending and were dismissed:

| Case Number | Date of Dismissal | Basis for Dismissal |
| --- | --- | --- |
| 19-03811 | 05/13/2019 | Filed 02/13/2019, Dismissed for failure to make plan payments |
| 19-16133 | 03/01/2021 | Filed 06/05/2019, Dismissed for failure to make plan payments |

8. The Debtor has not provided evidence of any substantial change in circumstances to warrant extension of the automatic stay. Debtor counsel has simply made unsubstantiated statements. The Schedule I and J filings in all of the Debtor's three bankruptcies reflect the same exact employer and the same exact position, with basically the same expendable monthly income---- around $1,000.00 a month.

**WHEREFORE**, Creditor respectfully requests that Debtor's Motion to Extend Automatic Stay be denied as to U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust.

Dated: May 14, 2021

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor