UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 21-05832 |
|---|---|---|
| MEGAN LEONARD | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AGREED ORDER GRANTING DEBTOR'S MOTION TO COMPEL TURNOVER UNDER 11 U.S.C. 542(a)**

This case is before the court on the motion of Debtor to Compel Turnover Under 11 U.S.C. 542(a).

It is ORDERED that:

1) Debtor's Motion is GRANTED.

2) Pursuant to the agreement between Debtor and Nissan Motor Acceptance Corporation, Nissan must release Debtor's 2015 Nissan, VIN KNMAT2MV5FP507165, back to her.

3) Debtor will make arrangements to retrieve her vehicle from its current storage location.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: May 18, 2021

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com