UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 21-05832
MEGAN LEONARD  )
 )  Chapter: 13
 )  Honorable Carol A. Doyle
 )
 )
Debtor(s)  )

**ORDER EXTENDING THE AUTOMATIC STAY**

THIS MATTER coming to be heard on the motion of the Debtor to extend the automatic stay,

IT IS HEREBY ORDERED that the motion is granted:

A. That the automatic stay is hereby extended as to all creditors pursuant to §362(c)(3) except US Bank Trust NA regarding the mortgage on the debtor's home. The debtor and US Bank may submit an agreed order conditioning the stay in connection with the debtor's motion.

Enter:

/s/ Carol A. Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: June 01, 2021

**Prepared by:**

David M. Siegel
ARDC 6207611
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100