# U.S. Bankruptcy Court for the Northern District of Illinois
# Attorney Appearance Form

Case Title: Megan L. Leonard            Case No. 21-05832

An appearance is hereby filed by the undersigned as attorney for:
- U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

Attorney name (type or print):    Molly Slutsky Simons

Firm:   Sottile & Barile, Attorneys at Law

Street address:    394 Wards Corner Road, Suite 180

City/State/Zip:    Loveland, OH 45140

Bar ID Number:   OH 0083702            Telephone Number:   513-444-4100

Email Address:    bankruptcy@sottileandbarile.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status
  ☐ Retained Counsel
  ☐ Appointed Counsel
     If appointed counsel, are you
       ☐ Federal Defender
       ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on    June 4, 2021
Attorney signature:    /s/ Molly Slutsky Simons
           (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Attorney Appearance Form upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on June 4, 2021, before the hour of 5:00 p.m.

    David M Siegel, Debtor's Counsel
    davidsiegelbk@gmail.com

    M.O. Marshall, Trustee
    ecf@55chapter13.com

    Patrick S Layng, U.S. Trustee
    ustpregion11.es.ecf@usdoj.gov

    Megan L. Leonard, Debtor
    11154 S. Troy Street
    Chicago, IL 60655

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor