# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

In Re:                                            Case No. 21-05832

Megan L. Leonard                    Chapter 13

Debtor(s).                              Hon. Judge Carol A. Doyle

## OBJECTION TO CONFIRMATION OF PLAN FILED ON 05/03/2021

**NOW COMES** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust, and/or its assigns (hereinafter "Creditor"), by and through its attorneys, Sottile & Barile LLC, and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on May 03, 2021, and in support thereof states as follows:

1. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on May 03, 2021 and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Creditor holds a mortgage secured by an interest in the real property commonly known as 11154 SOUTH TROY ST, CHICAGO, IL 60655. The Chapter 13 plan herein proposes that Debtor cure the pre-petition arrearage claim through the Chapter 13 Trustee while maintaining current, post-petition mortgage payments.

3. Per the Court's June 1, 2021, Order Extending the Automatic Stay, there is no stay in effect as to Creditor. Counsel for Creditor has also not been granted authority to enter into an agreed order conditioning the stay in connection with the Debtor's Motion to Extend the Stay. Even if the stay were in effect, Debtor owes an estimated pre-petition arrearage amount of $44,318.75. The proposed plan provides for payment of only $30,000.00 in contradiction of Creditor's rights under 11 U.S.C. §1322(b)(2) and/or §1322(b)(5), and the Plan appears to be underfunded.

4. That sufficient grounds exist for denial of confirmation as Debtor's plan:

    a. There is no stay in effect as to Creditor.
    b. Even if the stay were in effect, the Plan greatly underestimates the pre-petition arrearage, and the Plan appears to be underfunded.

5. Creditor has incurred attorney fees and/or costs in connection with this bankruptcy proceeding subject to court approval, including:

$550.00 for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed.

**WHEREFORE**, Creditor prays this Court deny confirmation of the plan allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated: June 7, 2021

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor