## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In Re:                                  Case No. 21-05832

Megan L. Leonard                        Chapter 13

          Debtor             Hon. Judge Carol A. Doyle

---

## NOTICE OF FILING

---

**TO:** David M Siegel, Debtor Counsel, davidsiegelbk@gmail.com by electronic notice through ECF

    M.O. Marshall, Trustee, ecf@55chapter13.com by electronic notice through ECF

    Patrick S Layng, Office of the U.S. Trustee, USTPRegion11.ES.ECF@usdoj.gov by electronic notice through ECF

    Megan L. Leonard, Debtor, 11154 S. Troy Street, Chicago, IL 60655 by regular US Mail

PLEASE TAKE NOTICE that on August 12, 2021, counsel has electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, a Reply, a copy of which is hereto attached.

## **CERTIFICATION**

I hereby certify that I served a copy of Notice to the above, as to the Trustee and Counsel for the Debtor(s) via electronic notice on August 12, 2021 and as to the Debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, from 394 Wards Corner Road, Suite 180, Loveland, Ohio 45140 before the hour of 5:00 PM on August 12, 2021.

Dated: August 12, 2021                  Respectfully Submitted,

                                /s/ Jon J. Lieberman
                                Jon J. Lieberman (OH 0058394)
                                Sottile & Barile, Attorneys at Law
                                P.O. Box 476
                                Loveland, OH 45140
                                Phone: 513.444.4100
                                Email: bankruptcy@sottileandbarile.com
                                Attorney for Creditor