**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:  Debtor(s) _____ Case No. _____ Chapter _____

All Cases:  Moving Creditor _____ Date Case Filed _____

Nature of Relief Sought:  ☐ Lift Stay        ☐ Annul Stay        ☐ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
       ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.    Collateral
      a.    ☐ Home
      b.    ☐ Car   Year, Make, and Model _____
      c.    ☐ Other (describe)_____

2.    Balance Owed as of Petition Date   $ _____
      Total of all other Liens against Collateral $_____

3.    In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.    Estimated Value of Collateral (must be supplied in *all* cases)  $ _____

5.    Default
      a.    ☐ Pre-Petition Default
         Number of months _____        Amount $ _____

      b.    ☐ Post-Petition Default
         i.    ☐ On direct payments to the moving creditor
            Number of months _____        Amount $ _____

         ii.    ☐ On payments to the Standing Chapter 13 Trustee
            Number of months _____        Amount $ _____

6.    Other Allegations
      a.    ☐ Lack of Adequate Protection  § 362(d)(1)
         i.    ☐ No insurance
         ii.    ☐ Taxes unpaid        Amount $ _____
         iii.    ☐ Rapidly depreciating asset
         iv.    ☐ Other (describe) _____

      b.    ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

      c.    ☐ Other "Cause" § 362(d)(1)
         i.    ☐ Bad Faith (describe)_____
         ii.    ☐ Multiple Filings
         iii.    ☐ Other (describe) _____

      d.    Debtor's Statement of Intention regarding the Collateral
         i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____        _____
                                            Counsel for Movant

(Rev. 12 /21/09)

**\*U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust**

# SN Servicing Corporation

## Loan History - General

Loanid: ██████████    Borrower: LEONARD    Telephone: ████████    SSN: *****8394

| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Arrearage / Forbearance Prin | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance | Late Charge Amt | Late Charge Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/20/2019 | 12/20/2019 | 10/1/2017 | New Loan | | 0 | 0 | $.00 | $135,130.20 | $135,130.20 | $0.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 12/23/2019 | 12/23/2019 | 10/1/2017 | Escrow Adjustment | | 0 | 0 | ($11,673.56) | $.00 | $135,130.20 | $0.00 | $.00 | $.00 | $.00 | ($11,673.56) | ($11,673.56) | $.00 | $.00 |
| 12/23/2019 | 12/23/2019 | 10/1/2017 | Prior Serv Corp Adv Assessment | | 96 | 0 | ($56,272.61) | $.00 | $135,130.20 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($11,673.56) | $.00 | $.00 |
| 12/23/2019 | 12/23/2019 | 10/1/2017 | Forebearance Prin Assessment | | 13 | 0 | ($47,397.44) | $.00 | $135,130.20 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($11,673.56) | $.00 | $.00 |
| 12/23/2019 | 12/23/2019 | 10/1/2017 | Prior Servicer NSF Assessment | | 101 | 0 | ($25.00) | $.00 | $135,130.20 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($11,673.56) | $.00 | $.00 |
| 12/16/2019 | 12/23/2019 | 10/1/2017 | Unapplied Payment | 3000-47-BB | 0 | 54343 | $718.71 | $.00 | $135,130.20 | $0.00 | $.00 | $718.71 | $718.71 | $.00 | ($11,673.56) | $.00 | $.00 |
| 12/24/2019 | 12/24/2019 | 10/1/2017 | Prior Serv Corp Adv Waiver | | 96 | 0 | $56,272.61 | $.00 | $135,130.20 | $0.00 | $.00 | $.00 | $718.71 | $.00 | ($11,673.56) | $.00 | $.00 |
| 12/24/2019 | 12/24/2019 | 10/1/2017 | Prior Serv Corp Adv Assessment | | 96 | 0 | ($8,875.17) | $.00 | $135,130.20 | $0.00 | $.00 | $.00 | $718.71 | $.00 | ($11,673.56) | $.00 | $.00 |
| 1/2/2020 | 1/3/2020 | 10/1/2017 | Regular Payment | ACH Pmt (3000-5555551) | 0 | 55435 | $832.65 | $196.87 | $134,933.33 | $0.00 | $225.22 | $.00 | $718.71 | $410.56 | ($11,263.00) | $.00 | $.00 |
| 1/2/2020 | 1/3/2020 | 11/1/2017 | Unapplied Payment | ACH Pmt (3000-5555551) | 0 | 55435 | $171.35 | $.00 | $134,933.33 | $0.00 | $.00 | $171.35 | $890.06 | $.00 | ($11,263.00) | $.00 | $.00 |
| 1/2/2020 | 1/9/2020 | 11/1/2017 | Unapplied Payment Reversal | 45-SM-BK | 0 | 56352 | ($832.65) | $.00 | $134,933.33 | $0.00 | $.00 | ($832.65) | $57.41 | $.00 | ($11,263.00) | $.00 | $.00 |
| 1/2/2020 | 1/9/2020 | 11/1/2017 | Regular Payment | 45-SM-BK | 0 | 56353 | $832.65 | $197.20 | $134,736.13 | $0.00 | $224.89 | $.00 | $57.41 | $410.56 | ($10,852.44) | $.00 | $.00 |
| 12/19/2019 | 1/13/2020 | 12/1/2017 | Escrow Only Payment | 3000-47-BB | 0 | 56731 | $439.00 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $57.41 | $439.00 | ($10,413.44) | $.00 | $.00 |
| 2/13/2020 | 2/13/2020 | 3/1/2020 | County Tax Disbursement | propertytax-021320 - AJ | 30 | 60712 | ($1,441.70) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $57.41 | ($1,441.70) | ($11,855.14) | $.00 | $.00 |
| 2/17/2020 | 2/18/2020 | 2/1/2020 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $57.41 | $.00 | ($11,855.14) | ($21.10) | $21.10 |
| 3/3/2020 | 3/3/2020 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 62857 | ($395.95) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $57.41 | ($395.95) | ($12,251.09) | $21.10 | $21.10 |
| 3/17/2020 | 3/17/2020 | 3/1/2020 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $57.41 | $.00 | ($12,251.09) | ($21.10) | $42.20 |
| 3/24/2020 | 3/24/2020 | 3/1/2020 | Late Charge Waiver | | 0 | 0 | $21.10 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $57.41 | $.00 | ($12,251.09) | $21.10 | $21.10 |

Contains Customer Private Information - handle securely.

| Date | Date | Due Date | Transaction | Code | Num1 | Num2 | Amount | Col | Principal Balance | Col | Col | Col | Col | Col | Col | Col | Col |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/7/2020 | 4/7/2020 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 67077 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $57.41 | ($157.36) | ($12,408.45) | $.00 | $21.10 |
| 4/8/2020 | 4/8/2020 | 12/1/2017 | Investor Loan Sale | | 0 | 67062 | $.00 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $57.41 | $.00 | ($12,408.45) | $.00 | $21.10 |
| 4/8/2020 | 4/8/2020 | 12/1/2017 | Inv Loan Purchase | | 0 | 67062 | $.00 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $57.41 | $.00 | ($12,408.45) | $.00 | $21.10 |
| 4/17/2020 | 4/17/2020 | 4/1/2020 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $57.41 | $.00 | ($12,408.45) | ($21.10) | $42.20 |
| 4/17/2020 | 4/17/2020 | 4/1/2020 | Late Charge Waiver | | 0 | 0 | $21.10 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $57.41 | $.00 | ($12,408.45) | $21.10 | $21.10 |
| 5/4/2020 | 5/4/2020 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 70293 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $57.41 | ($157.36) | ($12,565.81) | $.00 | $21.10 |
| 5/17/2020 | 5/19/2020 | 5/1/2020 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $57.41 | $.00 | ($12,565.81) | ($21.10) | $42.20 |
| 5/27/2020 | 5/27/2020 | 12/1/2017 | Unapplied Payment Reversal | 45-MN | 0 | 73054 | ($55.95) | $.00 | $134,736.13 | $0.00 | $.00 | ($55.95) | $1.46 | $.00 | ($12,565.81) | $.00 | $42.20 |
| 5/27/2020 | 5/27/2020 | 12/1/2017 | Escrow Only Payment | 45-MN | 0 | 73054 | $55.95 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | $55.95 | ($12,509.86) | $.00 | $42.20 |
| 5/27/2020 | 5/27/2020 | 12/1/2017 | APO Other Assessment | | 181 | 0 | ($1,031.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | $.00 | ($12,509.86) | $.00 | $42.20 |
| 5/27/2020 | 5/27/2020 | 12/1/2017 | Prior Serv Corp Adv Waiver | | 96 | 0 | $1,031.00 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | $.00 | ($12,509.86) | $.00 | $42.20 |
| 5/27/2020 | 5/27/2020 | 12/1/2017 | Arrearage Other Assessment | | 12 | 0 | ($5,944.17) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | $.00 | ($12,509.86) | $.00 | $42.20 |
| 5/27/2020 | 5/27/2020 | 12/1/2017 | Prior Serv Corp Adv Waiver | | 96 | 0 | $5,944.17 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | $.00 | ($12,509.86) | $.00 | $42.20 |
| 5/27/2020 | 5/27/2020 | 12/1/2017 | PPFN Other Assessment | | 176 | 0 | ($300.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | $.00 | ($12,509.86) | $.00 | $42.20 |
| 5/27/2020 | 5/27/2020 | 12/1/2017 | Prior Serv Corp Adv Waiver | | 96 | 0 | $300.00 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | $.00 | ($12,509.86) | $.00 | $42.20 |
| 5/27/2020 | 5/27/2020 | 12/1/2017 | PPFN Other Assessment | | 176 | 0 | ($600.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | $.00 | ($12,509.86) | $.00 | $42.20 |
| 5/27/2020 | 5/27/2020 | 12/1/2017 | Prior Serv Corp Adv Waiver | | 96 | 0 | $600.00 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | $.00 | ($12,509.86) | $.00 | $42.20 |
| 5/27/2020 | 5/27/2020 | 12/1/2017 | Prior Serv Corp Adv Waiver | | 96 | 0 | $1,000.00 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | $.00 | ($12,509.86) | $.00 | $42.20 |
| 5/27/2020 | 5/27/2020 | 12/1/2017 | Prior Servicer NSF Waiver | | 101 | 0 | $25.00 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | $.00 | ($12,509.86) | $.00 | $42.20 |
| 6/2/2020 | 6/2/2020 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 73843 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | ($157.36) | ($12,667.22) | $.00 | $42.20 |
| 6/17/2020 | 6/17/2020 | 6/1/2020 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | $.00 | ($12,667.22) | ($21.10) | $63.30 |

## Loan History - General

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/3/2020 | 7/3/2020 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 77635 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | ($157.36) | ($12,824.58) | $.00 | $63.30 |
| 7/15/2020 | 7/15/2020 | 8/1/2020 | County Tax Disbursement | property taxes MR 07/15 | 30 | 79100 | ($1,226.98) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | ($1,226.98) | ($14,051.56) | $.00 | $63.30 |
| 7/17/2020 | 7/17/2020 | 7/1/2020 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $1.46 | $.00 | ($14,051.56) | ($21.10) | $84.40 |
| 7/20/2020 | 7/21/2020 | 12/1/2017 | Unapplied Payment Reversal | 45-PA | 0 | 79764 | ($1.46) | $.00 | $134,736.13 | $0.00 | $.00 | ($1.46) | $.00 | $.00 | ($14,051.56) | $.00 | $84.40 |
| 7/20/2020 | 7/21/2020 | 12/1/2017 | Escrow Only Payment | 45-PA | 0 | 79764 | $1.46 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $1.46 | ($14,050.10) | $.00 | $84.40 |
| 8/5/2020 | 8/5/2020 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 81625 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | ($157.36) | ($14,207.46) | $.00 | $84.40 |
| 8/17/2020 | 8/18/2020 | 8/1/2020 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($14,207.46) | ($21.10) | $105.50 |
| 9/3/2020 | 9/3/2020 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 85516 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | ($157.36) | ($14,364.82) | $.00 | $105.50 |
| 9/17/2020 | 9/17/2020 | 9/1/2020 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($14,364.82) | ($21.10) | $126.60 |
| 10/1/2020 | 10/1/2020 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 88800 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | ($157.36) | ($14,522.18) | $.00 | $126.60 |
| 10/7/2020 | 10/9/2020 | 12/1/2017 | Prepetition Unapplied Payment | 3000 - BK Trustee Pmt | 0 | 89811 | $36.14 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $36.14 | $.00 | ($14,522.18) | $.00 | $126.60 |
| 10/17/2020 | 10/17/2020 | 10/1/2020 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $36.14 | $.00 | ($14,522.18) | ($21.10) | $147.70 |
| 10/27/2020 | 10/27/2020 | 12/1/2017 | Foreclosure Expense Assessment | | 235 | 0 | ($200.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $36.14 | $.00 | ($14,522.18) | $.00 | $147.70 |
| 11/5/2020 | 11/5/2020 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 92337 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $36.14 | ($157.36) | ($14,679.54) | $.00 | $147.70 |
| 11/17/2020 | 11/17/2020 | 11/1/2020 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $36.14 | $.00 | ($14,679.54) | ($21.10) | $168.80 |
| 12/1/2020 | 12/1/2020 | 12/1/2017 | Prepetition Unapplied Payment Reversal | 45-BB | 0 | 95231 | ($36.14) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($14,679.54) | $.00 | $168.80 |
| 12/1/2020 | 12/1/2020 | 12/1/2017 | Escrow Only Payment | 45-BB | 0 | 95231 | $36.14 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $36.14 | ($14,643.40) | $.00 | $168.80 |

*Contains Customer Private Information - handle securely.*

## Loan History - General

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/4/2020 | 12/4/2020 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 95753 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | ($157.36) | ($14,800.76) | $.00 | $168.80 |
| 12/17/2020 | 12/17/2020 | 12/1/2020 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($14,800.76) | ($21.10) | $189.90 |
| 1/6/2021 | 1/6/2021 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 99192 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | ($157.36) | ($14,958.12) | $.00 | $189.90 |
| 1/17/2021 | 1/19/2021 | 1/1/2021 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($14,958.12) | ($21.10) | $211.00 |
| 2/3/2021 | 2/3/2021 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 102977 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | ($157.36) | ($15,115.48) | $.00 | $211.00 |
| 2/16/2021 | 2/16/2021 | 3/1/2021 | County Tax Disbursement | property taxes MR 02/16 | 30 | 104355 | ($1,467.07) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | ($1,467.07) | ($16,582.55) | $.00 | $211.00 |
| 2/17/2021 | 2/17/2021 | 2/1/2021 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($16,582.55) | ($21.10) | $232.10 |
| 3/5/2021 | 3/5/2021 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 106873 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | ($157.36) | ($16,739.91) | $.00 | $232.10 |
| 3/17/2021 | 3/17/2021 | 3/1/2021 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($16,739.91) | ($21.10) | $253.20 |
| 4/2/2021 | 4/2/2021 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 110638 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | ($157.36) | ($16,897.27) | $.00 | $253.20 |
| 4/17/2021 | 4/17/2021 | 4/1/2021 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($16,897.27) | ($21.10) | $274.30 |
| 5/3/2021 | 5/3/2021 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 114598 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | ($157.36) | ($17,054.63) | $.00 | $274.30 |
| 5/12/2021 | 5/12/2021 | 12/1/2017 | Prior Serv Corp Adv Assessment | | 96 | 0 | ($5,944.17) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($17,054.63) | $.00 | $274.30 |
| 5/12/2021 | 5/12/2021 | 12/1/2017 | Arrearage Other Waiver | | 12 | 0 | $5,944.17 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($17,054.63) | $.00 | $274.30 |
| 5/12/2021 | 5/12/2021 | 12/1/2017 | Prior Serv Corp Adv Assessment | | 96 | 0 | ($1,031.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($17,054.63) | $.00 | $274.30 |
| 5/12/2021 | 5/12/2021 | 12/1/2017 | APO Other Waiver | | 181 | 0 | $1,031.00 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($17,054.63) | $.00 | $274.30 |
| 5/12/2021 | 5/12/2021 | 12/1/2017 | Prior Serv Corp Adv Assessment | | 96 | 0 | ($900.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($17,054.63) | $.00 | $274.30 |
| 5/12/2021 | 5/12/2021 | 12/1/2017 | PPFN Other Waiver | | 176 | 0 | $900.00 | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($17,054.63) | $.00 | $274.30 |
| 5/17/2021 | 5/18/2021 | 5/1/2021 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($17,054.63) | ($21.10) | $295.40 |

*Contains Customer Private Information - handle securely.*

## Loan History - General

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2021 | 6/1/2021 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 118634 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | ($157.36) | ($17,211.99) | $.00 | $295.40 |
| 6/4/2021 | 6/4/2021 | 12/1/2017 | Legal Fee Assessment | | 1 | 0 | ($550.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($17,211.99) | $.00 | $295.40 |
| 6/10/2021 | 6/10/2021 | 12/1/2017 | Legal Fee Assessment | | 1 | 0 | ($275.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($17,211.99) | $.00 | $295.40 |
| 6/14/2021 | 6/14/2021 | 12/1/2017 | Unapplied Payment | EKA Dep (3000-EK01-PA) | 0 | 120348 | $809.78 | $.00 | $134,736.13 | $0.00 | $.00 | $809.78 | $809.78 | $.00 | ($17,211.99) | $.00 | $295.40 |
| 6/14/2021 | 6/14/2021 | 12/1/2017 | Foreclosure Expense Assessment | | 235 | 0 | ($251.53) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | $.00 | ($17,211.99) | $.00 | $295.40 |
| 6/14/2021 | 6/14/2021 | 12/1/2017 | Legal Fee Assessment | | 1 | 0 | ($550.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | $.00 | ($17,211.99) | $.00 | $295.40 |
| 6/14/2021 | 6/14/2021 | 12/1/2017 | Legal Fee Assessment | | 1 | 0 | ($1,375.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | $.00 | ($17,211.99) | $.00 | $295.40 |
| 6/17/2021 | 6/17/2021 | 6/1/2021 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | $.00 | ($17,211.99) | ($21.10) | $316.50 |
| 6/17/2021 | 6/17/2021 | 12/1/2017 | Legal Fee Assessment | | 1 | 0 | ($250.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | $.00 | ($17,211.99) | $.00 | $316.50 |
| 6/30/2021 | 6/30/2021 | 12/1/2017 | Legal Fee Assessment | | 1 | 0 | ($1,200.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | $.00 | ($17,211.99) | $.00 | $316.50 |
| 7/8/2021 | 7/8/2021 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 123295 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | ($157.36) | ($17,369.35) | $.00 | $316.50 |
| 7/17/2021 | 7/17/2021 | 7/1/2021 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | $.00 | ($17,369.35) | ($21.10) | $337.60 |
| 8/2/2021 | 8/2/2021 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 126739 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | ($157.36) | ($17,526.71) | $.00 | $337.60 |
| 8/17/2021 | 8/17/2021 | 8/1/2021 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | $.00 | ($17,526.71) | ($21.10) | $358.70 |
| 8/18/2021 | 8/18/2021 | 12/1/2017 | Legal Fee Assessment | | 1 | 0 | ($550.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | $.00 | ($17,526.71) | $.00 | $358.70 |
| 9/1/2021 | 9/1/2021 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 130873 | ($157.36) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | ($157.36) | ($17,684.07) | $.00 | $358.70 |
| 9/16/2021 | 9/16/2021 | 8/1/2021 | County Tax Disbursement | property taxes MLR 09/16/21 | 30 | 132944 | ($1,229.11) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | ($1,229.11) | ($18,913.18) | $.00 | $358.70 |
| 9/17/2021 | 9/17/2021 | 9/1/2021 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | $.00 | ($18,913.18) | ($21.10) | $379.80 |
| 9/30/2021 | 9/30/2021 | 12/1/2017 | Legal Fee Assessment | | 1 | 0 | ($550.00) | $.00 | $134,736.13 | $0.00 | $.00 | $.00 | $809.78 | $.00 | ($18,913.18) | $.00 | $379.80 |

*Contains Customer Private Information - handle securely.*

## Loan History - General

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2021 | 10/1/2021 | 12/1/2017 | Forced Place Insur Disbursement | FPI Escrow | 12 | 135203 | ($157.36) | $.00 | $134,736.13 | $0.00 | $0.00 | $.00 | $809.78 | ($157.36) | ($19,070.54) | $.00 | $379.80 |
| 10/17/2021 | 10/19/2021 | 10/1/2021 | Late Charge Assessment | | 0 | 0 | ($21.10) | $.00 | $134,736.13 | $0.00 | $0.00 | $.00 | $809.78 | $.00 | ($19,070.54) | ($21.10) | $400.90 |
| 10/22/2021 | 10/22/2021 | 12/1/2017 | Unapplied Payment Reversal | 45 KG | 0 | 138441 | ($803.95) | $.00 | $134,736.13 | $0.00 | $0.00 | ($803.95) | $5.83 | $.00 | ($19,070.54) | $.00 | $400.90 |
| 6/14/2021 | 10/22/2021 | 12/1/2017 | Regular Payment with Adjustment | 45 KG | 0 | 138441 | $803.95 | $197.53 | $134,538.60 | $0.00 | $224.56 | $.00 | $5.83 | $381.86 | ($18,688.68) | $.00 | $400.90 |
| 10/22/2021 | 10/22/2021 | 1/1/2018 | Unapplied Payment Reversal | 45-BC | 0 | 138511 | ($5.83) | $.00 | $134,538.60 | $0.00 | $0.00 | ($5.83) | $.00 | $.00 | ($18,688.68) | $.00 | $400.90 |
| 10/22/2021 | 10/22/2021 | 1/1/2018 | Escrow Only Payment | 45-BC | 0 | 138511 | $5.83 | $.00 | $134,538.60 | $0.00 | $0.00 | $.00 | $.00 | $5.83 | ($18,682.85) | $.00 | $400.90 |
| | | | Totals: | | | | ($78,841.62) | $135,721.80 | | | $674.67 | $.00 | | ($18,682.85) | | ($400.90) | |

*Contains Customer Private Information - handle securely.*

| Assistance Amt |
| --- |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |

*Contains Customer Private Information - handle securely.*

| |
|---|
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |
| $.00 |

*Contains Customer Private Information - handle securely.*

| | $.00 |
|---|---|
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |

*Contains Customer Private Information - handle securely.*

| | |
|---|---|
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |

*Contains Customer Private Information - handle securely.*

| | |
|---|---|
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |

*Contains Customer Private Information - handle securely.*

| | $.00 |
| --- | --- |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |
| | $.00 |

*Contains Customer Private Information - handle securely.*