**Fill in this information to identify the case:**

Debtor 1 _____Megan I. Leonard_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____Northern__ District of __Illinois__
(State)

Case number __21-05832__

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust     **Court claim no.** (if known): _____11-1_____

**Last 4 digits** of any number you use to identify the debtor's account: __0__  __8__  __9__  __9__

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: ____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---------|--------------------------------------------------|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|-------------|----------------|---|--------|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 5/28/2021 - Affidavit of Compliance ($250) and Hourly Litigation (1,375) | (3) | $ _1,625.00_ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 6/18/2021: Proof of Claim/Plan Review ($950) and 410A Prep ($250) | (5) | $ _1,200.00_ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Jon J. Lieberman                          Date   10 / 7 / 2021
  Signature

Print:   Jon J. Lieberman                        Title  Attorney for Creditor
         First Name    Middle Name    Last Name

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
         Number         Street
         Loveland, OH 45140
         City                    State      ZIP Code

Contact phone  ( 513 ) 444 – 4100              Email  bankruptcy@sottileandbarile.com

**Sottile & Barile, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH 45140
accounting@sottileandbarile.com
www.sottileandbarile.com



## SOTTILE & BARILE
### ATTORNEYS AT LAW

# INVOICE

**BILL TO**
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

**INVOICE #** █████
**DATE** 06/18/2021

**S&B FILE NUMBER**

████████

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Leonard, Megan ████ Proof of Claim/Plan Review - | 1 | 950.00 | 950.00 |
| Leonard, Megan ████ 410A Prep - █████ | 1 | 250.00 | 250.00 |

BALANCE DUE  $1,200.00

INVOICE
*LAW OFFICES*

# MCCALLA RAYMER LEIBERT PIERCE

A LIMITED LIABILITY COMPANY

1544 Old Alabama Road
Roswell, GA 30076

TELEPHONE: 770-643-7200
TELEFAX: 770-396-8422
TOLL FREE: 1-800-275-7171
5/28/2021

**ATTENTION:**
Foreclosure Department
SN Servicing Corporation

| | |
|---|---|
| Invoice Number ....: | ████████ |
| Re ...................: | Megan Leonard |
| Loan Number ....: | ████████ |
| Our File Number ...: | ████████ |
| Property Address ...: | 11154 South Troy Street |
| | Chicago, IL 60655 |
| Investor ............: | |
| Investor Loan No ...: | |
| Loan Type ..........: | CONV |

**Tax ID No** ████████

**FOR LEGAL SERVICES RENDERED:**
Reason to Bill: Foreclosure
**FEES**

| | | | |
|---|---|---|---|
| ████ Affidavit of Compliance - Recoverable | | | 250.00 |
| 5/28/2021 | ████████ | ████████ | |

| | |
|---|---|
| **Fee Subtotal:** | **250.00** |

| | |
|---|---|
| **Total Amount Due:** | **250.00** |

**Sottile & Barile, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH 45140
accounting@sottileandbarile.com
www.sottileandbarile.com

## SB
## SOTTILE & BARILE
### ATTORNEYS AT LAW

# INVOICE

**BILL TO**

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

**INVOICE #** ███████
**DATE** 05/14/2021

**S&B FILE NUMBER**

███████

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Leonard, Megan ███████ Hourly Litigation "see attached billing breakdown" | 1 | 1,375.00 | 1,375.00 |

BALANCE DUE $1,375.00

**Sottile & Barile, Attorneys at Law**
394 Wards Corner Rd.
Suite 180
Loveland, Ohio 45140
United States
513.444.4100

Sottile & Barile, Attorneys at Law

**SN Servicing Servicing**

| | |
|---|---|
| **Balance** | $1,375.00 |
| **Invoice #** | 39139 |
| **Invoice Date** | May 14, 2021 |
| **Payment Terms** | |
| **Due Date** | |

---

### ILB2105005 - Leonard, Megan (HOURLY - OBJ to Mtn to Ext Stay) 21-05832 - MPoff

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 05/14/2021 | JL | Work on Case | review of entire pacer dockets and petitions, schedules, and pleadings and claims registers for case numbers 19-03811, 19-16133, and 21-05832; review of motion to extend the automatic stay and preparation and filing of objection | $275.00 | 5.0 | $1,375.00 |
| | | | | Totals: | **5.0** | **$1,375.00** |

| | |
|---|---|
| Time Entry Sub-Total: | $1,375.00 |
| **Sub-Total:** | $1,375.00 |
| **Total:** | $1,375.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$1,375.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 21-05832 |
| Megan I. Leonard | Chapter 13 |
| Debtor. | Hon. Judge Carol A. Doyle |

---

## CERTIFICATE OF SERVICE

---

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Postpetition Mortgage Fees, Expenses, and Charges upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on October 7, 2021, before the hour of 5:00 p.m.

David M Siegel, Debtor's Counsel
davidsiegelbk@gmail.com

M.O. Marshall, Chapter 13 Trustee
ecf@55chapter13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Megan I. Leonard, Debtor
11154 S. Troy Street
Chicago, IL 60655

Dated: October 7, 2021                    Respectfully Submitted,

_____
/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor